THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. S. HASKEL & SONS, INC., Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York reversed on the law and the facts, information dismissed and

* Affd., 263 N. Y. 595; motion to dismiss appeal denied, Id. 564.

defendant discharged, on authority of *People* v. *Cuneo Eastern Press* (257 N. Y. 208). Lazansky, P. J., Carswell and Tompkins, JJ., concur; Kapper and Hagarty, JJ., dissent and vote to affirm.